IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TURNER MINING GROUP, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>STILLWATER MINING COMPANY D/B/A SIBANYE-STILLWATER,<br><br>Defendant. | CV 24-168-BLG-SPW<br><br>ORDER |

The Court having been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

IT IS FURTHER ORDERED that all deadlines are **VACATED** and any pending motions are **DENIED** as moot. The final pretrial conference set for June

1

10, 2026 at 1:30 p.m. and the bench trial set for June 22, 2026 at 9:00 a.m. are **VACATED.**

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 13th day of November, 2025.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge