IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TURNER MINING GROUP, LLC,<br><br>　　　Plaintiff and Counter Defendant,<br><br>vs.<br><br>STILLWATER MINING COMPANY D/B/A SIBANYE-STILLWATER,<br><br>　　　Defendant and Counter Plaintiff. | CV 24-168-BLG-SPW<br><br>ORDER |

Upon the Stipulation of Dismissal (Doc. 40) between the parties hereto, by and between their counsel of record,

**IT IS HEREBY ORDERED** that the above-entitled action, including all claims and counterclaims are DISMISSED WITH PREJUDICE, with each party to bear their own costs and attorney's fees.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 3rd day of December, 2025.

_/s/ Susan P. Watters_
SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1